UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

CLAUDE COX                                                                                            PLAINTIFF
A/K/A MRS. CANDY LEE

v.                                                                    CIVIL ACTION NO. 5:14CV-P227-TBR

SGT. STANLY ROBERTS *et al.*                                                                          DEFENDANTS

### MEMORANDUM OPINION AND ORDER

Plaintiff Claude Cox filed the instant *pro se* action.  By Memorandum and Order entered January 20, 2015, this Court denied Plaintiff's application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915(g) and directed him to pay the filing fee in full for the instant action within 30 days from entry of the Order (DN 5).  The Court warned Plaintiff that failure to pay the filing fee within the time allowed would result in dismissal of the action and his continued responsibility for payment of the filing fee.

More than 30 days have passed since the Court entered its Order, and Plaintiff has not paid the filing fee.  Consequently, the action will be dismissed by separate Order pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of the Court and for failure to prosecute.

As the Court previously advised Plaintiff, dismissal of this action does not relieve him of his responsibility to pay the requisite filing fee in this action.  *In re Alea*, 286 F.3d 378, 381 (6th Cir. 2002); *McGore v. Wrigglesworth*, 114 F.3d 601, 607 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007).  The obligation to pay the filing fee attaches when a prisoner "brings a civil action."  *In re Alea*, 286 F.3d at 381.  "The subsequent dismissal

of the action under § 1915(g) for failure to pay that fee does not negate or nullify the litigant's continuing obligation to pay the fee in full." *Id.*

Accordingly, **the prior Order (DN 5) obligating Plaintiff to pay the $400.00 filing fee in this action remains in full effect**.

**IT IS THEREFORE ORDERED that the Kentucky State Penitentiary shall collect and forward the $400.00 filing fee from Plaintiff's inmate account to the Clerk for full payment of the filing fee.** The payment shall be sent to the following address:

> Office of the Clerk
> United States District Court
> Western District of Kentucky
> 106 Gene Snyder U.S. Courthouse
> 601 West Broadway
> Louisville, KY  40202-2249

The **Clerk of Court is DIRECTED** to open an account for the payment of the filing fee.

Date:

cc: Plaintiff, *pro se*
Financial Section, USDC, WDKY
KSP, Attn: Inmate Accounts (#155616), 266 Water Street, Eddyville, KY 42038
4413.005